UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
+ Case No. 21-30652
Raymond Alexander Price +
Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Susanne B. Russell, the current landlord in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com


## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Charles E. Grainger
4220 Carmichael Ct N
Montgomery, AL 36106

Sabrina McKinney, Trustee
P.O. Box 173
Montgomery, AL 36101

/s/   Larry Darby
Larry E. Darby