UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                                  +
                                       +       Case No. 21-30652
RAYMOND ALEXANDER PRICE                +

## MOTION TO LIFT CO-DEBTOR STAY

Comes now Susanne B. Russell, hereinafter Petitioner, a creditor in the above-styled cause, and moves this Honorable Court to lift the Co-Debtor stay pursuant to §1301 of the Bankruptcy Code protecting Co-ebtor Sylethia Price. As grounds therefore, Petitioner relies on the following:

1. The debtor filed this voluntary Chapter 13 case on 04/10/2021.

2. Sylethia Price is a Co-Debtor on this account.

3. Petitioner requests that the court lift the Co-Debtor stay to allow it to proceed against Sylethia Price for the unsecured balance, plus interest, and attorney's fees.

WHEREFORE, THE PREMISES CONSIDERED, Petitioner moves this Honorable Court to lift the Co-Debtor stay pursuant to §1301 of the Bankruptcy Code so that Petitioner may attempt to collect all amounts of its claim.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor
Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

Charles E. Grainger                    Sabrina L. McKinney
Attorney for Raymond Price             Trustee
4220 Carmichael Ct. N                  PO Box 173
Montgomery, AL 36106                   Montgomery, AL 36104

Sylethia Price
Co-Debtor
4001 Audubon Road
Montgomery, AL 36111

/s/   Larry Darby
Larry E. Darby