# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 21-30652-WRS
                                                   Chapter 13

RAYMOND ALEXANDER PRICE,

    Debtor.

## ORDER GRANTING RELIEF FROM STAY & CO-DEBTOR STAY

For the reasons set forth on the record on June 10, 2021, on the Motion for Relief from Co-Debtor Stay filed by Creditor, Susanne B. Russell (Doc. 24), it is

ORDERED that the motion is GRANTED. However, to the extent the Motion for Relief contains a request for waiver of the 14-day stay, that request is DENIED pursuant to Bankruptcy Rule 4001(a)(3) and Local Rule 4001-1(e)(1).

Done this 15th day of June, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
    Charles E. Grainger, Attorney for Debtor
    Larry E. Darby, Attorney for Creditor
    Sabrina L. McKinney, Trustee
    Susanne B. Russell
    Sylethia Price, Co-Debtor